```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

| | | |
|---|---|---|
| IN RE MENTOR CORP. OBTAPE | * | MDL Docket No. 2004 |
| | | 4:08-MD-2004 (CDL) |
| TRANSOBTURATOR SLING PRODUCTS | * | |
| | | Case No. |
| LIABILITY LITIGATION | * | 4:13-cv-121 (R. Preston) |

O R D E R

Upon further reflection, the Court has reconsidered its grant of summary judgment on Plaintiff Rosa Preston's fraudulent concealment claim. As explained during the pretrial conference held today, the Court now finds that a genuine fact dispute exists on that claim. The portion of the Court's Order (ECF No. 61) granting summary judgment on the fraudulent concealment claim is therefore vacated, and summary judgment is denied on that claim. All other rulings in the Court's summary judgment order remain unchanged.

IT IS SO ORDERED, this 2nd day of September, 2015.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA